April Upchurch Fredrickson, OSB #132027
april.fredrickson@jacksonlewis.com
Anthony P. Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St. Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
         Of Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCOTT CHAFFIN,<br><br>                    Plaintiff,<br><br>       vs.<br><br>APPLE, INC.,<br><br>                    Defendant. | Case No.:<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION**<br><br>**[Multnomah County Circuit Court Case No. 18CV57505]** |

TO:        CLERK OF THE COURT;

AND TO:   PLAINTIFF SCOTT CHAFFIN AND HIS COUNSEL.

PLEASE TAKE NOTICE that Defendant Apple Inc. ("Defendant") removes this action from the Circuit Court for the State of Oregon for the County of Multnomah to this Court on the grounds of federal diversity jurisdiction pursuant to 28 U.S.C. § 1332(a).  In support of removal, Defendant respectfully states as follows:

## JURISDICTION

1. The court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1332 and 1441. This case may be removed pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 because it is a civil action between a citizen of one state and a citizen of a different state and the amount in controversy exceeds $75,000, exclusive of interest and costs.

## TIMELINESS OF REMOVAL

2. Defendant is party to a civil action brought against it in the Circuit Court of the State of Oregon for the County of Multnomah entitled: "*Scott Chaffin v. Apple, Inc.*," Copies of the Summons and Complaint in that action are attached to this Notice of Removal as Exhibit 1 and constitute all process, pleadings, and orders that have been served on Defendant in that action up to the present date.

3. Plaintiff commenced the state court action when he filed the Complaint with the county clerk of Multnomah County, Oregon, on or about December 19, 2018. On January 3, 2019, copies of the Summons and Complaint were served on Defendant. Defendant has filed no pleadings in response to the Complaint. By removing this action to federal court, Defendant does not waive the right to assert a defense of insufficient service or process.

4. 28 U.S.C. § 1446(b) requires that a notice of removal must be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter. This Notice of Removal is filed within 30 days of the date of service of process. *See Murphy Bros. Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999) (30-day removal deadline is triggered by actual service, as opposed to receipt of complaint through other means).

## REMOVAL BASED ON DIVERSITY JURISDICTION

5. This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332, and the matter is removable under 28 U.S.C. § 1441 because it is a civil action between a citizen of one state and a citizen of a different state and the amount in controversy exceeds $75,000. As a result, this court has original jurisdiction over this action. 28 U.S.C. §§ 1332, 1441(a) and (b).

## DIVERSITY OF CITIZENSHIP

6. Based upon information and belief, Plaintiff is a resident of Oregon. For diversity purposes, a person is a "citizen" of the state in which he is domiciled. *Kantor v. Wellesley Galleries, Ltd.*, 704 F.2d 1088, 1090 (9th Cir. 1983). Thus, Plaintiff is a citizen of Oregon.

7. Defendant, Apple, Inc., is a citizen of California. Under 28 U.S.C. § 1332(c)(1), a corporation is a citizen of the state in which it is incorporated and the state in which it maintains its principal place of business.

8. Defendant is incorporated in California.

9. A corporation's "principal place of business" is its "nerve center." *Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1186 (2010). In practice, a corporation's "nerve center" is generally its corporate headquarters provided it is the actual center of direction, control, and coordination. *Id.* at 1192.

10. Defendant's principal place of business is in California where its corporate headquarters are located. *In re Apple Inc. Device Performance Litig.*, No. 18-md-02827-EJD, 2018 U.S. Dist. LEXIS 169606, at *37-38 (N.D. Cal. 2018) ("Apple has its principal place of business in California"). Further, Apple's corporate officers are based in Cupertino, California. As a result, Apple, Inc. is a citizen of California.

11. As Plaintiff is a citizen of Oregon and Defendant is a citizen of California, the parties are diverse.

## AMOUNT IN CONTROVERSY

12. The amount in controversy in this case exceeds $75,000. In Plaintiff's complaint, he seeks $150,000 in damages. Of that amount, he alleges $10,000 is for economic damages and $140,000 is for non-economic damages. As that amount exceeds $75,000, the amount in controversy requirement under 28 U.S.C. § 1332(a) is met. *St. Paul Mercury Indemnity Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938) (holding that damages pleaded in good faith satisfy the amount in controversy requirement).

## VENUE

13. The District of Oregon is the federal district within which the above-described Multnomah County Circuit Court was commenced and thus is the appropriate venue for this case.

## NOTICE TO COURT AND PARTIES

14. As required by 28 U.S.C. § 1446(d), written notice of the filing of this petition and notice of removal has been given to Plaintiff, and a true and correct copy of this petition has been filed with the clerk of the Circuit Court for Multnomah County, Oregon.

15. This Court is the appropriate venue for removal because it is the federal district court for the district and the division where the above-described Multnomah County Circuit Court case is pending. *See* 28 U.S.C. § 1441(a).

16. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

/ / /

/ / /

/ / /

WHEREFORE, Defendant prays for removal of the action pending in the Circuit Court of the State of Oregon for Multnomah County, bearing case No. 18CV57505, to this Court, pursuant to 28 U.S.C. § 1332.

DATED: February 1, 2019.

                JACKSON LEWIS P.C.

                By: s/ April Upchurch Fredrickson
                    April Upchurch Fredrickson, OSB #132027
                    april.fredrickson@jacksonlewis.com
                    Anthony P. Copple, OSB #163651
                    Anthony.copple@jacksonlewis.com
                    Of Attorneys for Defendant

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION** via:

- ■ Electronic Mail
- ■ E-file and Serve
- ☐ U.S. Postal Service
- ☐ Facsimile Service
- ☐ Arranging for Hand Delivery

as follows on the date stated below:

William Macke
William Macke & Associates
4411 NE Tillamook Street
Portland, OR  97213
Email: william.j.macke@gmail.com
   *Attorney for Plaintiff*

DATED this 1st day of February, 2019.

By: s/ Sherry Rainey
   Sherry Rainey

4845-0264-4358, v. 1